IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES WOODS, MIA POSEY and VINCENT BOCK, for themselves and all others similarly situated, </br></br>  Plaintiffs,</br>v.</br></br>FIRST TRANSIT, INC.,</br></br>  Defendant. | Case No. 21-cv-739 </br></br> JUDGE BARKER |

**[Proposed] Order**

The Court hereby GRANTS Plaintiffs' Motion for Leave to File an Amended Complaint Pursuant to Fed. R. Civ. P. 15(a). The Clerk shall promptly docket the "clean" version of Plaintiffs' Amended Complaint, attached as Exhibit A to their Motion. Defendant shall have 30 days from this docket entry to answer, move, or otherwise respond to Plaintiffs' Amended Complaint. Should Defendant file a motion to dismiss, Plaintiffs shall have 30 days from Defendants' submission to file their opposition(s).

**IT IS SO ORDERED.**

Date: _____  _____
**PAMELA A. BARKER**
**U.S. DISTRICT JUDGE**