## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**JAMES WOODS, et al.,**

    Plaintiffs,

  v.

**FIRST TRANSIT, INC.,**

    Defendant.

Case No. 1:21-cv-00739-PAB

Judge Pamela A. Barker

## AMENDED CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant First Transit, Inc., by and through the undersigned counsel of record, states that First Transit, Inc. is an indirect subsidiary of Transdev North America, Inc.  No other entity owns 10% or more of First Transit, Inc.'s stock.  Transdev North America, Inc. is a wholly-owned subsidiary of Transdev Group, S.A. which is a privately held entity.

/s/ Matthew J. Hank
Matthew J. Hank, *Admitted Pro Hac Vice*
Kimberly Saginario, *Admitted Pro Hac Vice*
LITTLER MENDELSON, P.C.
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
Telephone: 267.402.3000
Facsimile: 267.402.3131
mhank@littler.com
ksaginario@littler.com

James P. Smith, Bar No. 0073945
Alex R. Frondorf, Bar No. 0087071
LITTLER MENDELSON, P.C.
Key Tower
127 Public Square, Suite 1600
Cleveland, OH  44114-9612
Telephone: 216.696.7600
Facsimile: 216.696.2038

jpsmith@littler.com
afrondorf@littler.com

*Attorneys for Defendant, FIRST TRANSIT, INC.*

Dated:  August 23, 2023

**<u>CERTIFICATE OF SERVICE</u>**

I, Matthew J. Hank, hereby certify that on this 23rd day of August, 2023, the foregoing Amended Corporate Disclosure Statement was filed using the Court's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Matthew J. Hank*

Matthew J. Hank