IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES WOODS, for himself and all others similarly situated, | Case No. 21-cv-739 |
| Plaintiffs, | Judge Charles Esque Fleming |
| v. | |
| FIRST TRANSIT, INC., | |
| Defendant. | |

## ORDER APPROVING FLSA SETTLEMENT

Having reviewed the Parties' Joint Motion for Approval of FLSA Settlement and related papers, it is hereby **ORDERED** as follows:

1. The Parties' Joint Approval Motion is **GRANTED**.

2. The Court approves Analytics LLC as the Settlement Administrator for this action and grants its request for a $6,050.00 settlement administration fee.

3. The Court approves the proposed $12,000.00 service awards for Named Plaintiffs James Woods and Vincent Bock ($6,000.00 each).

4. The Court approves the proposed $70,000.00 attorneys' fee for Plaintiffs' counsel and the proposed $4,175.00 litigation cost reimbursement.

5. The Court approves the terms of the Release defined in the Settlement Agreement.

6. This Court **DISMISSES** this action with prejudice, retaining jurisdiction for the sole purpose of enforcing the Settlement.

**IT IS SO ORDERED**.

Dated: May 28, 2024

_____
**HONORABLE CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**